# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN ASHLEY JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:11-cv-00405-WMA-RRA |
| ROBERT S. BROWN, III, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 16, 2012, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and for seeking monetary relief from defendants who are immune. No objections were filed by either party[1].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, and seeking monetary relief from defendants who are immune. A Final Judgment will be entered.

DATED this 6th day of March, 2012.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] On March 2, 2012, the report and recommendation served upon plaintiff at the address provided by him has been returned by the Postal Service as undeliverable.